Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone      209.478.9950
Facsimile       209.478.9954

Attorneys for Defendant Michael Anthony Scott

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ANTHONY SCOTT,<br><br>Defendant. | Case No.: 6:17-MJ-00006 MJS<br><br>STIPULATION TO CONTINUE INITIAL APPEARANCE; DECLARATION OF COUNSEL AND ORDER TO CONTINUE |

STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and the defendant, by and through his counsels of record, hereby stipulate as follows:

1. The parties are set to appear on January 25, 2017 at 9:00 a.m. for initial appearance and identification of counsel. By this stipulation, the defendant now moves to continue the initial appearance until March 22, 2017 at 9:00 a.m. The request for continuance is based on the defendant's work obligations and ensuing hardship based on such obligations.

2. Counsels for the defendant believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

3. Defendant further agrees to waive personal service of any summons reflecting the new court date, and further agrees to appear in person on March 22, 2017 at 9:00 a.m.

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: January 18, 2017                 /s/ Mary Ann F. Bird
                                        Mary Ann F. Bird
                                        Attorney for Michael Anthony Scott


Dated: January 18, 2017                 /s/ Susan St. Vincent
                                        Susan St. Vincent
                                        Legal Officer
                                        Yosemite National Park


### DECLARATION OF COUNSEL

Under penalty of perjury, I declare that I have spoken with Defendant Michael Anthony Scott and he has retained the law offices of Bird & Van Dyke, Inc. APLC to represent him in the above-entitled matter. Mr. Scott is a resident of Williams, Arizona. He is gainfully employed by the Historic Brewing Company as a Lead Bartender with a work schedule from Tuesday through Saturday. It would be a significant financial hardship for Mr. Scott to appear on January 25th based on his current work obligations. He is able to appear on March 22nd, 2017.

Dated: January 18, 2017                 /s/ Mary Ann F. Bird
                                        Mary Ann F. Bird
                                        Attorney for Michael Anthony Scott

ORDER

The matter having come before the Court, and for good cause appearing, Defendant Michael Anthony Scott's initial appearance in docket 6:17-MJ-00006 MJS is continued to March 22, 2017 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   January 20, 2017

/s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE