Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY SCOTT,<br><br>Defendant. | No. 6:17-MJ-0006-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The Defendant having met all conditions of the Deferred Entry of Judgement, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: October 10, 2018         /S/ Susan St. Vincent
                               Susan St. Vincent
                               Legal Officer
                               Yosemite National Park

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Scott 6:17-MJ-0006-JDP*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 11, 2018                                   _____
                                                                                    UNITED STATES MAGISTRATE JUDGE